# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| LAMONT DORSEY, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>KEEN MOUNTAIN )<br>MEDICAL DEPT. et al, )<br>    Defendant(s). ) | Civil Action No. 7:17-cv-00559<br><br>**MEMORANDUM OPINION**<br><br>By:    Norman K. Moon<br>Senior United States District Judge |

Lamont Dorsey, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 22, 2018, the court directed plaintiff to submit within 14 days from the date of the Order an amended complaint which must be a new pleading that stands by itself without reference to a complaint, attachments, or amendments already filed. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 14 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __15th__ day of June, 2018.

                                                          */s/ Norman K. Moon*
                                                          NORMAN K. MOON
                                                          SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAMONT DORSEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:18-cv-00559 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| KEEN MOUNTAIN | ) | |
| MEDICAL DEPT. et al, | ) | By:    Norman K. Moon |
|     Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This _____ day of June, 2018.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE